UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and DAN KOEPPEL,<br>                Plaintiffs,<br>v.<br>G. M. RANDA, INC.,<br>an Illinois corporation, and<br>GREG RANDA, individually,<br>                Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **09 C 4135**<br><br>Judge James B. Zagel |

## PLAINTIFFS' MOTION FOR CONFESSION OF A SPECIFIC MONEY JUDGMENT

Plaintiffs CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and DAN KOEPPEL, by their attorney, move to confess a specific money judgment against Defendant G. M. RANDA, INC. and GREG RANDA, stating as follows:

1.    This is an ERISA action to collect employer contributions and related amounts owed to fringe benefit funds. Plaintiffs' complaint pleads damages of $16,824.77, plus interest, costs, auditor's fees, and attorney's fees. (Docket Entry #1.)

2.    The parties in this case previously reached a settlement; a copy of settlement agreement in the form of a *Judgment Note* is attached as *Exhibit A*. The *Judgment Note* required payment to Plaintiffs of the principal amount of $5,708.61, plus 6% interest. The *Judgment Note* was executed on behalf of G. M. RANDA, INC. and "its offices personally" by GREG RANDA.

3. Although Defendants initially paid $488.86 towards amount due under the *Judgment Note*, it has since defaulted in making timely payments to Plaintiffs. See *Exhibit B*.

4. The *Settlement Agreement* contains the following default provision:

> It is hereby expressly understood and agreed that if default be made in the payment of any said payment due under this judgment note, the entire balance that may appear to be unpaid thereon together with all arrearages thereon shall, at the option of the legal holder hereof, thereupon become immediately due and payable without notice, demand or presentment and shall be collectible immediately or at any time after such default. Further, the parties acknowledge and agree that this judgment note does not constitute accord and satisfaction and the Funds have the right upon default to sue for the original delinquency due pursuant to ERISA provisions along with all penalties, including interest, liquidated damages assessments and attorney's fees and costs incurred by the Funds.

See *Exhibit A*.

5. The *Judgment Note* contains the following confession of judgment provision:

> As additional security, the undersigned hereby irrevocably authorizes any attorney of any court of record to appear for them in such court, after default in paying any of the forgoing installments due hereunder or in failure to report and pay future contributions when due, and confess a judgment without process in favor of the holder of this note for such amount as may appear to be unpaid thereon, including all future installments not yet due and payable together with costs and reasonable attorney's fees.

See *Exhibit A*.

6. Based on the default in making payments, Plaintiffs declare the entire amount due and payable under the *Judgment Note*.

7. Based on the default in making payments, Plaintiffs confess judgment against G. M. RANDA, INC. and GREG RANDA.

8. In addition to Plaintiffs' right to confession of judgment, Plaintiffs served on Defendants a set of Requests to Admit under FRCP 36 (as well as Interrogatories and Requests to Produce) on May 11, 2010. See *Exhibit C*. Defendants failed to respond or object to the Requests to Admit (or otherwise answer the discovery requests), despite Plaintiffs' request pursuant to Local Rule 37.2. See *Exhibit D*. By failing to respond or object to Plaintiffs' Requests to Admit,

Defendants have admitted to the matters pursuant to FRCP 36(a)(3). As such, Defendants admit to the amounts that Plaintiffs allege to be owed to them in this ERISA action.

9. Based on the above, Plaintiffs, by this motion, request the entry of confessed, specific money judgment against G. M. RANDA, INC. and GREG RANDA, jointly and severally, in favor of Plaintiffs in the amount of **$5,779.47**. The amount of the requested judgment is broken down as follows:

(a) $5,232.89, which is the outstanding balance pursuant to the *Judgment Note*. In support, Plaintiffs attach the Affidavit of Plaintiffs' Employer Contributions Department Director Roger Shoup as *Exhibit B*.

(b) $107.83, which was the interest amount expressly set forth in the *Judgment Note* for timely payment of the amount due for October 2010 through February 2011. See *Exhibit A*.

(c) $438.75, for attorney's fees incurred in filing this motion; attorney's fees are expressly permitted pursuant to the *Judgment Note*. In addition, ERISA provides, at 29 U.S.C. § 1132(g)(2)(D), that upon recovery of unpaid benefit contributions by a fiduciary of a benefit plan, "the court shall award the plan…reasonable attorney's fees and costs of the action, to be paid by the defendant." In support, Plaintiffs attach an Affidavit as *Exhibit E*.

WHEREFORE, Plaintiffs respectfully request that:

A. A judgment be confessed and entered against G. M. RANDA, INC. and GREG RANDA, jointly and severally, in favor of Plaintiffs, in an amount not less than **$5,779.47**.

B. Plaintiffs be granted such other and further relief as the Court may deem just.

    Respectfully submitted,
CENTRAL LABORERS' PENSION FUND BOARD,
CENTRAL LABORERS' WELFARE,
CENTRAL LABORERS' ANNUITY FUND, and
DAN KOEPPEL

    */s/ Richard A. Toth*
One of Their Attorneys

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, Illinois 60603
(312) 726-8797

# JUDGMENT NOTE

## For

## G.M. Randa, Inc.

In consideration of the Central Laborers' Pension, Welfare, and Annuity Funds' granting to **G.M. Randa, Inc** an extension of time for payment of certain amounts which are now overdue and payable and in consideration of the withholding of collection action in regard to the same, **G.M. Randa, Inc** (and if a corporation, its officers personally) hereby promises to pay to Central Laborers' Pension, Welfare, and Annuity Funds the sum of **$5,708.61**, plus interest at the rate of **6%** per annum being payable in **Twelve (12)** monthly installments (payment schedule attached) of principal and interest computed on a declining balance basis, the first of which is due and payable on **September 15, 2010.**

In addition to the foregoing, **G.M. Randa, Inc** promises to submit monthly work reports and contributions due and owing promptly for the month of August 2010 and subsequent months, on a timely basis. Such payment shall be submitted together with and in addition to, the payments provided for in the preceding paragraph, paid to the Central Laborers' Pension Fund, P.O. Box 1267, Jacksonville, IL 62651-1267.

G.M. Randa, Inc.
BEGINNING DATE 9/15/2010
NUMBER OF PAYMENTS 12
PRINCIPAL AMOUNT $ 5,708.61
INTEREST RATE 6.00%

| DUE DATE | PRINCIPAL | INTEREST | TOTAL PAYMENT | BALANCE |
|---|---|---|---|---|
| 9/15/2010 | $475.72 | $13.14 | $488.86 | $5,232.89 |
| 10/15/2010 | $475.72 | $26.67 | $502.38 | $4,757.18 |
| 11/15/2010 | $475.72 | $24.24 | $499.96 | $4,281.46 |
| 12/15/2010 | $475.72 | $21.11 | $496.83 | $3,805.74 |
| 1/15/2011 | $475.72 | $19.39 | $495.11 | $3,330.02 |
| 2/15/2011 | $475.72 | $16.42 | $492.14 | $2,854.31 |
| 3/15/2011 | $475.72 | $14.55 | $490.26 | $2,378.59 |
| 4/15/2011 | $475.72 | $12.12 | $487.84 | $1,902.87 |
| 5/15/2011 | $475.72 | $8.76 | $484.48 | $1,427.15 |
| 6/15/2011 | $475.72 | $7.27 | $482.99 | $951.44 |
| 7/15/2011 | $475.72 | $4.69 | $480.41 | $475.72 |
| 8/15/2011 | $475.72 | $2.42 | $478.14 | $0.00 |
| TOTAL | $5,708.61 | $170.79 | $5,879.40 | |

pd 9/22/10

As additional security, the undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, after default in paying



PLAINTIFF'S EXHIBIT A

Judgment Note
G.M. Randa, Inc.
Page 2

any of the foregoing installments due hereunder or in failure to report and pay future contributions when due, and confess a judgment without process or jury trial, in favor of the holder of this note for such amount as may appear to be unpaid thereon, including all future installments not yet due and payable together with costs and attorney's fees.

It is hereby expressly understood and agreed that if default be made in the payment of any said payment due under this judgment note, the entire balance that may appear to be unpaid thereon together with all arrearages thereon shall, at the option of the legal holder hereof, thereupon become immediately due and payable without notice, demand or presentment and shall be collectable immediately or at any time after such default. Further, the parties acknowledge and agree that this judgment note does not constitute accord and satisfaction and the Funds have the right upon default to sue for the original delinquency due pursuant to ERISA provisions along with all penalties, including interest, liquidated damages assessments and attorney's fees and costs incurred by the Funds.

Date this _12th_ day of _August_, 2010

Name of Company: _GM RANDA, INC_

Signature binding the Company and its Officers: _[signature]_

Printed Name and Title: _Greg Randa   its President_

Witnessed by: _[signature]_

Printed Name and Date: _Bonnie L. Randa   August 12, 2010_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND ) | |
| BOARD OF TRUSTEES, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 09 C 4135 |
| v. ) | |
| ) | Judge James B. Zagel |
| G. M. RANDA, INC., ) | |
| an Illinois corporation, and ) | |
| GREG RANDA, individually, ) | |
| ) | |
| Defendant(s). ) | |

### AFFIDAVIT OF ROGER SHOUP

Roger Shoup, affiant, being first duly sworn on oath, depose and say as follows:

1. I am presently the Employer Contributions department Director of the CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS (the "Funds") and have held that position since 2008. By virtue of my authority in that position I have direct personal knowledge of all facts stated in this affidavit and if called as a witness could give testimony with respect thereto.

2. Defendants G. M. RANDA, INC. and GREG RANDA have paid only $488.86 towards a settlement of this case with the Funds. Defendants G. M. RANDA, INC. and GREG RANDA owe the Funds not less than $5,232.89, based on the settlement amount ($5,708.61) plus $13.14 in interest (to September 2010) less the $488.86 credit. A breakdown of the underlying amounts is attached as *Exhibit 1*.

3. The Trustees of the CENTRAL LABORERS PENSION, WELFARE and ANNUITY FUNDS have retained the law firm of Daley and George, Ltd., 20 S. Clark Street, Chicago, Illinois, to pursue the collection of the above-stated amounts and have made payments to that law firm for legal fees incurred in the collection of the assessments.

_____
ROGER SHOUP

Subscribed and sworn to before me
this February 7, 2011.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PAULETTE NORRIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/17/13



PLAINTIFF'S EXHIBIT B

Revised 1/28/11

G.M. Randa, Inc.
106 Beaver St., Ste B
Yorkville, IL 60560-1703

Audit Liabilities Due: (01/01/04-06/30/08)

| | | |
|---|---:|---:|
| Training | $372.75 | |
| NC LECET | 73.02 | |
| NC MRFFC | 60.86 | |
| NC MROC | 95.12 | |
| NC Work Dues | 698.86 | |
| Sub Total | $1,300.61 | |
| Liquidated Damages | 130.06 | |
| Audit Cost | 1,105.05 | |
| Total | $2,535.72 | $2,535.72 |

Delinquent Contributions Due: (10/08 L.32)

| | | |
|---|---:|---:|
| Pension | $2,168.67 | |
| Sub Total | $2,168.67 | |
| Liquidated Damages | 216.87 | |
| Total | $2,385.54 | $2,385.54 |

Liquidated Damages Assessments:

| | | | |
|---|---|---:|---:|
| Oct-07 | Local 32 | $92.39 | |
| Nov-07 | Local 32 | 66.54 | |
| Jul-08 | Local 32 | 63.92 | |
| Aug-08 | Local 32 | 192.56 | |
| Jun-09 | Local 32 | 62.39 | |
| Jul-09 | Local 393 | 62.62 | |
| Aug-09 | Local 393 | 25.00 | |
| Sep-09 | Local 393 | 68.06 | |
| Oct-09 | Local 32 | 34.03 | |
| Oct-09 | Local 393 | 69.84 | |
| Nov-09 | Local 393 | 25.00 | |
| Dec-09 | Local 393 | 25.00 | |
| Total | | $787.35 | $787.35 |

| | | |
|---|---:|---:|
| Interest Paid | $13.14 | |
| | $13.14 | $13.14 |

| | | |
|---|---:|---:|
| Pmt Rec'd 9/22/10 | ($488.86) | |
| | ($488.86) | ($488.86) |

Grand Total Due                $5,232.89

EC/DD/G.M. Randa, Inc./Breakdown                Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and DAN KOEPPEL, <br> Plaintiffs, <br> v. <br> G. M. RANDA, INC., an Illinois corporation, and GREG RANDA, individually, <br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 09 C 4135 <br><br> Judge James B. Zagel |

## PLAINTIFFS'
### FIRST SET OF REQUESTS TO ADMIT

**To:**
Walter J. Liszka
Wessels Sherman
33 W. Monroe St., Suite 1120
Chicago, IL 60603

Plaintiffs, by their undersigned counsel and pursuant to Federal Rule of Civil Procedure 36, request Defendant G. M. RANDA, INC., within 28 days after service of this Request, to admit to the facts and genuineness of documents as set forth below.

### Definitions and Instructions

1. The term "Funds", unless otherwise clarified, includes the named plaintiffs *and* the following affiliated entities (and their officers, agents, employees, successors, predecessors, assignors, assignees other representatives):

   North Central Illinois Laborers' Welfare Fund
   Northern Illinois Laborers' Annuity Fund
   Northern Illinois Laborers' Welfare Fund
   Illinois Laborers and Contractors Joint Apprenticeship & Training Trust Fund
   Illinois Valley Contractors Industry Advancement Fund
   Midwest Region Foundation For Fair Contracting
   Illinois Laborers' Legislative Committee
   Illinois Valley Labor/Management Fund



Laborers' of Illinois Vacation Fund
Laborers-Employers Cooperation and Education Trust
Market Preservation Fund
Construction Industry Advancement Fund
Midwest Regional Organization Committee
Market Preservation Fund
Great Plains Laborers' District Council

2. The term "Defendant", unless otherwise clarified, includes G. M. RANDA, INC. and its officers, agents, employees, successors, predecessors, assignors, assignees or other representatives.

3. The terms "laborer" and "laborer employee" includes individuals performing work covered by collective bargaining agreements with local unions affiliated with the Laborers' International Union of North America or its District Councils or Local Unions, or performing work within the trade jurisdictional claims of such unions, including but not limited to laborer employees and laborer foremen.

## Requests to Admit

1. The audit report produced by Plaintiffs as documents Bates stamped CL-000001 – CL-000014 accurately states the then-current fringe benefit contribution rates for each listed fringe benefit fund for the calendar year(s) and/or period(s) referenced.

2. The audit report produced by Plaintiffs as documents Bates stamped CL-000001 – CL-000014 accurately indicates the then-current member dues rates for the calendar year(s) and/or period(s) referenced.

3. The audit report produced by Plaintiffs as documents Bates stamped CL-000001 – CL-000014 identifies individuals who were employees of G. M. RANDA, INC. during the time period(s) referenced with respect to each particular individual named.

4. The audit report produced by Plaintiffs as documents Bates stamped CL-000001 – CL-000014 identifies individuals who were laborer employees of G. M. RANDA, INC. during the time period(s) referenced with respect to each particular individual named.

5. The audit report produced by Plaintiffs as documents Bates stamped CL-000001 – CL-000014 accurately lists minimum numbers of hours worked by the listed employees of G. M. RANDA, INC. during the periods referenced.

6. The audit report produced by Plaintiffs as documents Bates stamped CL-000001 – CL-000014 lists hours worked by employees of G. M. RANDA, INC. that were not included in employer reports to the Funds and for which neither fringe benefit contributions nor dues were paid to the Funds.

2

7. The documents produced by Plaintiffs as documents Bates stamped CL-000015 – CL-000016 are signature pages of collective bargaining agreements executed by of G. M. RANDA, INC.

8. The document produced by Plaintiffs as document Bates stamped CL-000018 was executed by G. M. RANDA, INC. and indicates an amount due the Funds of $2,168.67 that was never paid.

9. The documents produced by Plaintiffs as documents Bates stamped CL-000019 – CL-000022 accurately states that the referenced contribution payments were postmarked later than the 15th day after the due date.

Respectfully submitted,

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and DAN KOEPPEL

By: _____
One of Their Attorneys

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, Illinois 60603
(312) 726-8797

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and DAN KOEPPEL, Plaintiffs, v. G. M. RANDA, INC., an Illinois corporation, and GREG RANDA, individually, Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 09 C 4135 Judge James B. Zagel |

## AFFIDAVIT OF SERVICE

The undersigned attorney certifies and swears on oath that he caused a copy of *Plaintiffs' First Set of Requests to Admit* to be served upon the following individuals by causing the same to be mailed by first class mail, postage prepaid and properly addressed to the above individual, before the hour of 5:00 p.m. on May 11, 2010.

Walter J. Liszka
Wessels Sherman
33 W. Monroe St., Suite 1120
Chicago, IL 60603

_____
Attorney for Plaintiffs

Subscribed and sworn to
before me this May 11, 2010.

_____
NOTARY PUBLIC

OFFICIAL SEAL
KATHERINE M. RYBAK
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 04/15/2012

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, Illinois 60603
(312) 726-8797

4

CLP 156

LAW OFFICES
# DALEY AND GEORGE, LTD.
TWO FIRST NATIONAL PLAZA
SUITE 400
20 SOUTH CLARK STREET
CHICAGO, ILLINOIS 60603-1835

MICHAEL DALEY
JOHN J. GEORGE

CHRIS A. LEACH
RICHARD A. TOTH
KATHLEEN A. DUNCAN
ADAM J. PENKHUS

TELEPHONE
(312) 726-8797

FACSIMILE
(312) 726-8819

August 4, 2010

Mr. Greg Randa
G.M. Randa, Inc.
106 East Beaver Street, Suite B
Yorkville, IL 60560

Mr. Greg Randa
499 Waubonese Circle
Oswego, IL 60543

Re: Central Laborers' Pension Fund, et al. v. G.M. Randa, Inc., et al.,
09 C 4135, U.S. District Court for the Northern District of Illinois

Dear Mr. Randa:

Regarding the above matter, I have not received responses to my outstanding discovery requests, including but not limited to Requests to Produce served on May 11, 2010. Pursuant to N.D. Ill. Local Rule 37.2, I request a conference to discuss these issues. Please call me to discuss the outstanding discovery requests.

Sincerely,

Richard A. Toth


PLAINTIFF'S EXHIBIT
Blumberg No. 5113
D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, *et al.* | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | **09 C 4135** |
| G. M. RANDA, INC., *et al.*, | ) ) | Judge James B. Zagel |
| Defendant(s). | ) | |

## AFFIDAVIT REGARDING FEES AND COSTS

I, Richard A. Toth, affiant, duly sworn on oath, depose and say as follows:

1. I am of legal age, without disability to render testimony and understand that I make this affidavit under an obligation to state truthfully the matters set forth in this affidavit.

2. I am an attorney, licensed since 1994 to practice law in the State of Illinois, U.S. District Court for the Northern District of Illinois, and U.S. District Court for the Central District of Illinois. I am Plaintiffs' attorney of record in this case.

3. I am employed as an attorney by the law firm of Daley and George, Ltd., 20 S. Clark, Chicago, Illinois. In that employment I have represented local unions and ERISA funds since 1994, including but not limited to work for a Sheet Metal Workers' International Association local union and its affiliated ERSIA funds, International Brotherhood of Electrical Workers' affiliated ERISA funds, and International Laborers' Union affiliated ERISA funds.

4. The law firm of Daley and George, Ltd. bills Plaintiffs in this case at the rate of $195 per hour. This rate is lower than the firm's (and my own) standard hourly rate. I have been paid at the same or higher rate in other cases before U.S. District Courts. The hourly rate charged is more than fair and reasonable given my level of experience.

5. Not less than $438.75 in attorney's fees were expended in drafting, preparing, and filing motions, exhibits, and notices required to reinstate this case and seek a confession of judgment, all of which was required as a result of Defendant's default under the parties settlement agreement. A breakdown follows:

| | | |
|---|---|---|
| January 11, 2011 | Review court docket; check for B/R filings; corresp. with client | 0.25 |
| February 7, 2011 | Prepare motion for judgment, affidavit, corresp. with client | 1.00 |
| February 9, 2011 | Review and revise motion, prepare exhibits, file motion | 0.50 |
| February 24, 2011 | Review and revise motion, prepare exhibits, file motion | 0.50 |
| **Total** | | 2.25 x $195 = $438.75 |

6. Plaintiffs served on Defendants a set of Requests to Admit under FRCP 36 (as well as Interrogatories and Requests to Produce) on May 11, 2010. Defendants have failed to respond or object to the Requests to Admit (or otherwise answer the discovery requests), despite Plaintiffs' request pursuant to Local Rule 37.2.

Subscribed and sworn to
before me this February 9, 2011.

_____
NOTARY PUBLIC

OFFICIAL SEAL
KATHERINE M. RYBAK
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 04/15/2012

_____
RICHARD A. TOTH


PLAINTIFF'S EXHIBIT E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and DAN KOEPPEL, <br>                Plaintiffs, <br> v. <br><br> G. M. RANDA, INC., an Illinois corporation, and GREG RANDA, individually, <br><br>               Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **09 C 4135** <br><br> Judge James B. Zagel |

## ORDER

This cause coming to be heard on Plaintiffs' Motion for Confession of a Specific Money Judgment, the Court having jurisdiction over the parties and the subject matter,

NOW THEREFORE, IT IS ORDERED AND ADJUDGED:

Plaintiffs' motion is granted.

Judgment in the amount of **$5,779.47** is entered in favor of all Plaintiffs and against Defendant CANTERBURY HOMES, INC.

ENTER:

_____
JUDGE
DATED:

